Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **David Alan Baxter** : | Case No. 13−10603−TPA |
| **Leilani Baxter** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 175 |
| v. : | |
| **No Respondents** : | Hearing Date: 1/9/19 at 12:00 PM |
| *Respondent(s).* : | |
| : | |
| : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this ***The 31st of October, 2018***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 175 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)   **On or before December 17, 2018**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2)   This *Motion* is scheduled for hearing on ***January 9, 2019 at 12:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

   (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 13-10603-TPA
David Alan Baxter                                                             Chapter 13
Leilani Baxter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 3            Date Rcvd: Oct 31, 2018
                              Form ID: 300b           Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
```
db/jdb         +David Alan Baxter,    Leilani Baxter,    14 East Saint Clair Street,    Warren, PA 16365-2133
cr             +PNC Mortgage, A Division of PNC Bank, National Ass,    3232 Newmark Dr,
                 Miamisburg, OH 45342-5421
13633929       +AT&T Mobility,    14201 Wireless Way,    Oklahoma City, OK 73134-2512
13633930       +Atlantic Broadband, LLC,    330 Drummer Drive,    Grasonville, MD 21638-1204
13633932       +Central Credit / Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
13633933       +Columbia Gas of PA & Maryland, Inc.,    121 Champion Way,    Suite 100,
                 Canonsburg, PA 15317-5817
13633934       #+Community Consumer Discount Company,    Po Box 863,    Warren, PA 16365-0863
13633936       +Credit Protection Associates,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
13633938       +Doubleday Book Club,    Member Service Center,    PO Box 916400,    Rantoul, IL 61866-6400
13633941       +Ic Systems Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13633940       +Ic Systems Inc,    Po Box 64378,    St. Paul, MN 55164-0378
13647960       +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
14877998       +Northwest Bank,    PO Box 337,    Warren PA 16365-0337
13633949       +PA SCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
13637317       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13650904       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13698455       +PNC Bank, N.A.,    c/o Shannon B. Kreshtool, Esquire,    Weinstock, Friedman & Friedman, P.A.,
                 4 Reservoir Circle,    Baltimore, MD 21208-6319
13633953       +PNC Bank, National Association,    c/o PNC Bank, N.A.,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13633952       +PNC Bank, National Association,    Business Bankinng - SBA,    8800 Trinicum Boulevard,
                 Philadelphia, PA 19153-3111
13679004       +Pennsylvania Electric Company,    a First Energy Company,    331 Newman Springs Road,
                 Building 3,    Red Bank, NJ 07701-5688
13633950       +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13633951       +Pnc Bank Na,    Po Box 3180,    Pittsburgh, PA 15230-3180
13633954       +Pnc Mortgage,    6 North Main Street,    Dayton, OH 45402-1908
13633957       +Sears / Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13633958       +Udren Law Offices, PC,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                 Cherry Hill, NJ 08003-3620
13633960       +Warren County DRS,    PO Box 217,    333 Hickory Street,    Warren, PA 16365-2230
13633961       +Warren General Hospital,    Two Crescent Park West,    Warren, PA 16365-2199
13633962       +Warren Obstetrics & Gynecology, Inc.,    2265 Market Street,    Warren, PA 16365-4682
13633963       +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 3680,
                 Akron, OH 44309-3680
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 01 2018 03:12:34
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13633928       +E-mail/Text: EBNProcessing@afni.com Nov 01 2018 03:14:24      Afni, Inc.,    Attn: Bankruptcy,
                 Po Box 3097,    Bloomington, IL 61702-3097
13660397       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 01 2018 03:14:06      Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
13633931       +E-mail/Text: matthartweg@cbjcredit.com Nov 01 2018 03:15:12      Cbj Credit Recovery,
                 117 West 4th Street,    Jamestown, NY 14701-5005
13633935       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 01 2018 03:11:09      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
13633937        E-mail/Text: mrdiscen@discover.com Nov 01 2018 03:13:07      Discover Financial Services Llc,
                 Po Box 15316,    Wilmington, DE 19850
13639662        E-mail/Text: mrdiscen@discover.com Nov 01 2018 03:13:07      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13633939       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 01 2018 03:14:17      FirstEnergy Corporation,
                 76 South Main Street,    Akron, OH 44308
13676622        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 01 2018 03:14:30      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13720355        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2018 03:11:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13720356        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2018 03:11:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13633942       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2018 03:10:55      Lowes / GECRB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13633943       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2018 03:26:07      Lvnv Funding Llc,
                 PO Box 10584,    Greenville, SC 29603-0584
13633944       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 01 2018 03:14:58      Metabank / Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
13633945       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 01 2018 03:14:12      Midland Funding LLC,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
```

```
District/off: 0315-1            User: jmar                   Page 2 of 3                    Date Rcvd: Oct 31, 2018
                                Form ID: 300b                Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13633946       +E-mail/Text: bankruptcydepartment@tsico.com Nov 01 2018 03:15:01      Nco Financial / 99,
                 Po Box 15636,    Wilmington, DE 19850-5636
13633948       +E-mail/Text: bankruptcynotices@psecu.com Nov 01 2018 03:14:58      P S E C U,
                 Attention: Bankruptcy,     Po Box 67013,   Harrisburg, PA 17106-7013
13710779        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2018 03:11:08
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13711768        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2018 03:11:06
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13721936       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2018 03:11:15
                 PYOD, LLC its successors and assigns as assignee,    of Springleaf Financial Services, Inc.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
13683570        E-mail/Text: bnc-quantum@quantum3group.com Nov 01 2018 03:13:36
                 Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13683569        E-mail/Text: bnc-quantum@quantum3group.com Nov 01 2018 03:13:36
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13641137        E-mail/PDF: rmscedi@recoverycorp.com Nov 01 2018 03:11:51
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13633959       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 01 2018 03:12:56
                 Verizon Pennsylvania,    500 Technology Drive, Suite 550,   Saint Charles, MO 63304-2225
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
cr              PNC BANK NATIONAL  ASSOCIATION
cr              PNC Bank, National Association
cr              PSECU
13633956        Roger Hyde
cr*            +PNC Bank, N.A.,   C/o Shannon B. Kreshtool, Esquire,   Weinstock, Friedman & Friedman, P.A.,
                 4 Reservoir Circle,    Baltimore, MD 21208-6319
13703861      ##+Northwest Consumer Discount Company,    223 Second Avenue,   P.O. Box 863,
                 Warren, PA 16365-0863
13633947      ##+Northwest Discount Company,    680 Pittsburgh Road,  Suite 1,
                 Uniontown, PA 15401-2277
13633955      ##+Rjm Acquisition Llc,    575 Underhill Boulevard,   Suite 224,   Syosset, NY 11791-3416
13640339      ##+Rjm Acquisitions Funding Llc,   575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13640340      ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                                      TOTALS: 5, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com, PitEcf@weltman.com
              Daniel P. Foster    on behalf of Plaintiff David Alan Baxter dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Leilani  Baxter dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com

```
District/off: 0315-1                User: jmar                    Page 3 of 3                    Date Rcvd: Oct 31, 2018
                                    Form ID: 300b                 Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Daniel P. Foster    on behalf of Debtor David Alan Baxter dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster    on behalf of Plaintiff Leilani  Baxter dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association bankruptcy@udren.com
         Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, N.A. bankruptcy@udren.com
         James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Sherri J. Smith    on behalf of Creditor    MidFirst Bank pawb@fedphe.com, sherri.braunstein@phelanhallinan.com
         Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com, cblack@udren.com

         TOTAL: 12