**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID ALAN BAXTER<br>LEILANI BAXTER<br>        Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:13-10603 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

    1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

    2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

    3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

    4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 29, 2018

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/07/2013 and confirmed on 7/11/13 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 52,669.56 |
| Less Refunds to Debtor | 284.10 | |
| TOTAL AMOUNT OF PLAN FUND | | 52,385.46 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,050.00 | |
|     Trustee Fee | 2,063.06 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,113.06 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9212 | | | | |
|   PNC BANK NA | 5,160.24 | 5,160.24 | 367.31 | 5,527.55 |
|     Acct: 8144 | | | | |
|   PNC BANK NA | 0.00 | 27,825.43 | 0.00 | 27,825.43 |
|     Acct: 7055 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6456 | | | | |
|   PNC BANK NA | 13,202.86 | 13,202.86 | 0.00 | 13,202.86 |
|     Acct: 7055 | | | | |
| | | | | 46,555.84 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 3,050.00 | 3,050.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID ALAN BAXTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID ALAN BAXTER | 284.10 | 284.10 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROGER HYDE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   WARREN COUNTY DRS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8144 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 969.35 | 32.18 | 0.00 | 32.18 |
|     Acct: 8529 | | | | |
|   AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0913 | | | | |
|   CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8394 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5386 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6018 | | | | |
| NORTHWEST CDC D/B/A COMMUNITY CI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| NORTHWEST CDC D/B/A COMMUNITY CI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7567 | | | | |
| DISCOVER BANK(*) | 1,757.41 | 58.35 | 0.00 | 58.35 |
| Acct: 3103 | | | | |
| PENELEC/FIRST ENERGY** | 262.73 | 8.73 | 0.00 | 8.73 |
| Acct: XXXXX0430 | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0545 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 594.06 | 19.73 | 0.00 | 19.73 |
| Acct: 9531 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 76.35 | 2.54 | 0.00 | 2.54 |
| Acct: 6662 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8797 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9623 | | | | |
| NORTHWEST CONSUMER DISCOUNT CC | 1,204.09 | 39.98 | 0.00 | 39.98 |
| Acct: 6524 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 8,097.69 | 268.87 | 0.00 | 268.87 |
| Acct: XX82L9 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0009 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0102 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0102 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0100 | | | | |
| PNC BANK NA | 1,130.35 | 37.53 | 0.00 | 37.53 |
| Acct: 2307 | | | | |
| PNC BANK NA | 7,488.60 | 248.65 | 0.00 | 248.65 |
| Acct: 9287 | | | | |
| RJM ACQUISITIONS LLC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3118 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4134 | | | | |
| WEISFIELD JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9560 | | | | |
| ASSET ACCEPTANCE LLC ASSIGNEE PR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9501 | | | | |
| RJM ACQUISITIONS LLC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1559 | | | | |
| QUANTUM3 GRP LLC AGNT - GALAXY IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4976 | | | | |
| QUANTUM3 GROUP LLC AGNT - GALAXY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7332 | | | | |
| ASSET ACCEPTANCE LLC - ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5970 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4139 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: 8120 | | | | |
|   PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2955 | | | | |
| | | | | 716.56 |
| **TOTAL PAID TO CREDITORS** | | | | 47,272.40 |

TOTAL
CLAIMED            0.00
PRIORITY      18,363.10
SECURED       21,580.63

Date: 10/29/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DAVID ALAN BAXTER<br>　LEILANI BAXTER<br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>　No Repondents. | Case No.:13-10603 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-10603-TPA
David Alan Baxter                                                         Chapter 13
Leilani Baxter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1         User: jmar              Page 1 of 3              Date Rcvd: Nov 01, 2018
                             Form ID: pdf900         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
```
db/jdb        +David Alan Baxter,    Leilani Baxter,    14 East Saint Clair Street,    Warren, PA 16365-2133
cr            +PNC Mortgage, A Division of PNC Bank, National Ass,     3232 Newmark Dr,
               Miamisburg, OH 45342-5421
13633929      +AT&T Mobility,    14201 Wireless Way,    Oklahoma City, OK 73134-2512
13633930      +Atlantic Broadband, LLC,    330 Drummer Drive,    Grasonville, MD 21638-1204
13633932      +Central Credit / Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
13633933      +Columbia Gas of PA & Maryland, Inc.,    121 Champion Way,    Suite 100,
               Canonsburg, PA 15317-5817
13633934     #+Community Consumer Discount Company,    Po Box 863,    Warren, PA 16365-0863
13633936      +Credit Protection Associates,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
13633938      +Doubleday Book Club,    Member Service Center,    PO Box 916400,    Rantoul, IL 61866-6400
13633939     ++FIRSTENERGY CORPORATION,    PO BOX 16001,    READING PA 19612-6001
              (address filed with court:    FirstEnergy Corporation,    76 South Main Street,    Akron, OH 44308)
13633941      +Ic Systems Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13633940      +Ic Systems Inc,    Po Box 64378,    St. Paul, MN 55164-0378
13647960      +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
14877998      +Northwest Bank,    PO Box 337,    Warren PA 16365-0337
13633949      +PA SCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
13637317      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13698455      +PNC Bank, N.A.,    c/o Shannon B. Kreshtool, Esquire,    Weinstock, Friedman & Friedman, P.A.,
               4 Reservoir Circle,    Baltimore, MD 21208-6319
13650904      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13633952      +PNC Bank, National Association,    Business Bankinng - SBA,    8800 Trinicum Boulevard,
               Philadelphia, PA 19153-3111
13633953      +PNC Bank, National Association,    c/o PNC Bank, N.A.,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
13679004      +Pennsylvania Electric Company,    a First Energy Company,    331 Newman Springs Road,
               Building 3,    Red Bank, NJ 07701-5688
13633950      +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13633951      +Pnc Bank Na,    Po Box 3180,    Pittsburgh, PA 15230-3180
13633954      +Pnc Mortgage,    6 North Main Street,    Dayton, OH 45402-1908
13633957      +Sears / Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13633958      +Udren Law Offices, PC,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
               Cherry Hill, NJ 08003-3620
13633960      +Warren County DRS,    PO Box 217,    333 Hickory Street,    Warren, PA 16365-2230
13633961      +Warren General Hospital,    Two Crescent Park West,    Warren, PA 16365-2199
13633962      +Warren Obstetrics & Gynecology, Inc.,    2265 Market Street,    Warren, PA 16365-4682
13633963      +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 3680,
               Akron, OH 44309-3680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Nov 02 2018 03:24:24
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13633928      +E-mail/Text: EBNProcessing@afni.com Nov 02 2018 03:22:47      Afni, Inc.,    Attn: Bankruptcy,
                Po Box 3097,    Bloomington, IL 61702-3097
13660397      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 02 2018 03:22:28      Asset Acceptance LLC,
                Po Box 2036,    Warren MI 48090-2036
13633931      +E-mail/Text: matthartweg@cbjcredit.com Nov 02 2018 03:23:28      Cbj Credit Recovery,
                117 West 4th Street,    Jamestown, NY 14701-5005
13633935      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 02 2018 03:23:59      Credit One Bank,
                PO Box 98875,    Las Vegas, NV 89193-8875
13633937       E-mail/Text: mrdiscen@discover.com Nov 02 2018 03:21:44      Discover Financial Services Llc,
                Po Box 15316,    Wilmington, DE 19850
13639662       E-mail/Text: mrdiscen@discover.com Nov 02 2018 03:21:44      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13676622       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 02 2018 03:23:00      Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
13720355       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 03:24:26
                LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13720356       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 03:24:01
                LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13633942      +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 03:24:38      Lowes / GECRB,
                Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13633943      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 03:24:02      Lvnv Funding Llc,
                PO Box 10584,    Greenville, SC 29603-0584
13633944      +E-mail/Text: bnc-bluestem@quantum3group.com Nov 02 2018 03:23:17      Metabank / Fingerhut,
                6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
13633945      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 02 2018 03:22:32      Midland Funding LLC,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
```

```
District/off: 0315-1          User: jmar                  Page 2 of 3                   Date Rcvd: Nov 01, 2018
                              Form ID: pdf900             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13633946       +E-mail/Text: bankruptcydepartment@tsico.com Nov 02 2018 03:23:22     Nco Financial / 99,
                 Po Box 15636,   Wilmington, DE 19850-5636
13633948       +E-mail/Text: bankruptcynotices@psecu.com Nov 02 2018 03:23:17      P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,   Harrisburg, PA 17106-7013
13710779        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 03:24:46
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13711768        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 03:40:23
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13721936       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 03:24:28
                 PYOD, LLC its successors and assigns as assignee,    of Springleaf Financial Services, Inc.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
13683570        E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2018 03:22:13
                 Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13683569        E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2018 03:22:13
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13641137        E-mail/PDF: rmscedi@recoverycorp.com Nov 02 2018 03:23:58
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13633959       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 02 2018 03:21:34
                 Verizon Pennsylvania,    500 Technology Drive, Suite 550,   Saint Charles, MO 63304-2225
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
cr              PNC BANK NATIONAL   ASSOCIATION
cr              PNC Bank, National Association
cr              PSECU
13633956        Roger Hyde
cr*            +PNC Bank, N.A.,   C/o Shannon B. Kreshtool, Esquire,    Weinstock, Friedman & Friedman, P.A.,
                 4 Reservoir Circle,   Baltimore, MD 21208-6319
13703861      ##+Northwest Consumer Discount Company,    223 Second Avenue,   P.O. Box 863,
                 Warren, PA 16365-0863
13633947      ##+Northwest Discount Company,    680 Pittsburgh Road,  Suite 1,
                 Uniontown, PA 15401-2277
13633955      ##+Rjm Acquisition Llc,   575 Underhill Boulevard,    Suite 224,   Syosset, NY 11791-3416
13640339      ##+Rjm Acquisitions Funding Llc,   575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13640340      ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                                   TOTALS: 5, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1           User: jmar                   Page 3 of 3                   Date Rcvd: Nov 01, 2018
                               Form ID: pdf900              Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:

```
              Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com,  PitEcf@weltman.com
              Daniel P. Foster    on behalf of Plaintiff David Alan Baxter dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Leilani   Baxter dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor David Alan Baxter dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Leilani   Baxter dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association
               bankruptcy@udren.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, N.A. bankruptcy@udren.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    MidFirst Bank pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 11
```